consideration in light of the position presently asserted by the Acting Solicitor General in his brief for the United States filed February 5, 1993.

No. —— ——. DAVID v. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. —— ——. GRADILLAS v. CITY OF RANCHO MIRAGE; and
No. —— ——. SCHWARTZ v. NORDSTROM, INC., ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. —— ——. FALTAS v. McCANTS. Motion to direct the Clerk to file statement as to jurisdiction denied.

No. D–1217. IN RE DISBARMENT OF GLECIER. Daniel P. Glecier, of Lompoc, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on December 14, 1992 [506 U. S. 1031], is hereby discharged.

No. D–1218. IN RE DISBARMENT OF HAMMEL. Disbarment entered. [For earlier order herein, see 506 U. S. 1031.]

No. D–1220. IN RE DISBARMENT OF SUGARMAN. Disbarment entered. [For earlier order herein, see 506 U. S. 1045.]

No. D–1223. IN RE DISBARMENT OF THEOHAROUS. Disbarment entered. [For earlier order herein, see 506 U. S. 1045.]

No. D–1238. IN RE DISBARMENT OF SMALL. It is ordered that David Bruce Small, of Carson City, Nev., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1239. IN RE DISBARMENT OF MATAR. It is ordered that Michael Levi Matar, of Forest Hills, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable